| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)* Cummings, Samuel R. | 2. Court or Organization U.S. District Court Northern District of Texas | 3. Date of Report 5-8-06 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* U.S. District Judge - Active | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✓ Annual ___ Final 5b. ___ Amended Report | 6. Reporting Period Jan. 1, 2005 to Dec. 31, 2005 |
| 7. Chambers or Office Address 1205 Texas Ave, Room C-210 Lubbock, Texas 79401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES - The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| ✓ | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| ☐ | NONE (No reportable agreements.) | |
| 1 | | Keogh Plan with Former Law Firm — No Control |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|

A. Filer's Non-Investment Income

| | | | |
|---|---|---|---|
| ✓ | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ✓ | NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 5-8-06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE                    DESCRIPTION

[✓] **NONE** (No such reportable reimbursements.)

1

2 _____     _____

3

4 _____     _____

5 _____     _____

6 _____     _____

7 _____     _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE              DESCRIPTION              VALUE

[✓] **NONE** (No such reportable gifts.)

1                                                    $ _____

2 _____     _____     $ _____

3 _____     _____     $ _____

4 _____     _____     $ _____

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

CREDITOR              DESCRIPTION              VALUE CODE*

[✓] **NONE** (No reportable liabilities.)

1

2 _____     _____     _____

3 _____     _____     _____

4 _____     _____     _____

5 _____     _____     _____

*Value Codes:     J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000     P3=$25,000,001-50,000,000     P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Common Stock - Wells Fargo Company | D | Div. | N | T | | | | | |
| 2 Money market - Savings Wells Fargo Bank | B | INT. | L | T | | | | | |
| 3 Keogh Plan of Former Law Firm (No Control) J.P.Morgan | E | Div Int Gains | P1 | T | | | | | |
| 4 CD - Wells Fargo Bank | F | INT. | P1 | T | | | | | |
| 5 IRA - CD - J.P. Morgan | A | INT. | J | T | Redeemed | 6-22-05 | J | A | Proceeds placed in money market acct - Wells Fargo |
| 6 Oil + Gas royalty and working interests : | | | | | | | | | |
| 7 — Dynegy (Targo) Midstream Services | B | royalties | J | W | Inherited from Mother | 3-23-05 | J | | |
| 8 — Roy Furr Estate, operator | C | royalties | J | W | " | " | J | | |
| 9 Wells Fargo Brokerage Account | E | Div. Int. | P1 | T | " | " | P1 | | |
| 10 — Fed. Home Loan Mtg Bonds | D | INT. | O | U | " | " | O | | |
| 11 — Common Stock - Wells Fargo Company | B | Div | L | T | " | " | L | | |
| 12 — CD - Bank of Daingerfield, Tx | B | INT. | K | T | " | " | K | | |
| 13 Undivided ½ interest in farm + Ranch in Dickens County, Tx | D | CRP + other crop payments | M | W | " | " | M | A | Sold this land on Dec. 21, 2005 to Larry Bozeman |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>*Cummings, Samuel A.* | Date of Report<br>*5-8-06* |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                    Date ___*5-8-06*___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544